1
2
3
4
5
6
7
8
9
10           IN THE UNITED STATES DISTRICT COURT
11          FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13  ABEL OLIVO,                          1:07-CV-0098 AWI WMW HC
14           Petitioner,
15      vs.
16  JAMES YATES, et al.,
17           Respondents.               ORDER OF TRANSFER
18  _____/
19      Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to
20  28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.
21  § 1915.
22      The petitioner is challenging a conviction from San Joaquin County, which is part of the
23  Sacramento Division of the United States District Court for the Eastern District of California.
24  Therefore, the petition should have been filed in the Sacramento Division.
25      Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the
26

1

proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.   This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis.

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

3. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   March 1, 2007**              **/s/  William M. Wunderlich**
bl0dc4                                   UNITED STATES MAGISTRATE JUDGE