**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABEL OLIVO, | No. CIV S-07-0438-RRB-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| JAMES YATES, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion for an extension of time (Doc. 15), filed on September 24, 2007.

       On August 24, 2007, the court requested additional briefing regarding equitable tolling.  Respondents now seeks a seven-day extension to respond to that request.  Good cause appearing therefor, the request will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Respondents' motion for an extension of time is granted;

       2.    Respondents shall file a response to the court's August 24, 2007 order on or before October 2, 2007; and

3. Petitioner will have 30 days from the date of service of respondents' brief to file a surreply.

DATED: September 26, 2007.

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE